UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Merica Rene Green

Case No. 26-10666-SMG
Chapter 7

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA

FEB 3 2025

FILED ___ RECEIVED ___

_____ Debtor _____ /

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

__✓__ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.
_____)

_____ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

_____ Copies of all payment advices **are not** attached because the debtor:
   ___ receives disability payments
   ___ is unemployed and does not receive unemployment compensation
   ___ receives Social Security payments
   ___ receives a pension
   ___ does not work outside the home
   ___ is self employed and does not receive payment advices

_____ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain:_____

**Joint Debtor (if applicable):**

_____ Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.
_____)

_____ Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

LF-10  (rev. 12/01/09)               Page 1 of 2

_____ Copies of payment advices **are not** attached because the joint debtor:
   ____receives disability payments
   ____is unemployed and does not receive unemployment compensation
   ____receives Social Security payments
   ____receives a pension
   ____does not work outside the home
   ____is self employed and does not receive payment advices

_____ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____


*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).*

_____        Date: 2/4/26
Signature of Attorney or Debtor

_____        Date:_____
Signature of Joint Debtor, if applicable

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| LW / HJ5 29843171 | 01/ | 1343679 | 01 of 1 |

Victor Shaw Mccue
6451 N Federal Hwy
Ste 1205
Fort Lauderdale, FL 33308

## Earnings Statement

**ADP**

Period Starting: 10/25/2025
Period Ending: 11/10/2025
Pay Date: 11/15/2025

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:  0
  Local:  0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:  0.00 Addnl
  State:
  Local:

Merica Green
3119 Oakland Shores Drive
APT 204
Oakland, FL 33309

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 35.8100 | 92.20 | 3301.68 | 36386.55 |
| PTO | | | 0.00 | 519.25 |
| Holiday | | | 0.00 | 778.86 |
| Gross Pay | | | $3,301.68 | $37,684.66 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -354.26 | 3954.78 |
| Social Security | -198.31 | 2296.19 |
| Medicare | -46.38 | 537.01 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *AFLAC pre-tax | -76.47 | 382.35 |
| *Dental pre-tax | -23.09 | 230.90 |
| *Vision pre-tax | -3.61 | 36.10 |

| Net Pay | | $2,599.56 |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| PTO | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 36.29 |
| - Taken Hours | 0.00 | 14.50 |
| - Balance | | 21.79 |
| Total Hours Worked | 92.20 | 1016.10 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5065 | XXXXXXXXX | 1299.78 |
| XXXXXX7794 | XXXXXXXXX | 1299.78 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $3,198.51
* Excluded from Federal taxable wages

---

Victor Shaw Mccue
6451 N Federal Hwy
Ste 1205
Fort Lauderdale, FL 33308

Pay Date:  11/15/2025

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX5065 | XXXXXXXXX | 1299.78 |
| Checking DirectDeposit | XXXXXX7794 | XXXXXXXXX | 1299.78 |

Merica Green
3119 Oakland Shores Drive
APT 204
Oakland, FL 33309

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| LW / HJ5 29843171 | 01/ | 1352075 | 31 of 1 |

Victor Shaw Mccue
6451 N Federal Hwy
Ste 1205
Fort Lauderdale, FL 33308

# Earnings Statement

ADP

Period Starting: 12/22/2025
Period Ending: 12/22/2025
Pay Date: 12/23/2025

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:    0
  Local:    0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:

Merica Green
3119 Oakland Shores Drive
APT 204
Oakland, FL 33309

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 42247.93 |
| PTO | | | 0.00 | 519.25 |
| Holiday | | | 0.00 | 1298.11 |
| Bonus | | 0.00 | 3000.00 | 3000.00 |
| Gross Pay | | | $3,000.00 | $47,065.29 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -310.58 | 4924.87 |
| Social Security | -186.00 | 2865.00 |
| Medicare | -43.50 | 670.04 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *AFLAC pre-tax | 0.00 | 535.29 |
| *Dental pre-tax | 0.00 | 277.08 |
| *Vision pre-tax | 0.00 | 43.32 |

| Net Pay | $2,459.92 |
|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| PTO | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 36.29 |
| - Taken Hours | 0.00 | 14.50 |
| - Balance | | 21.79 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5065 | XXXXXXXXX | 1229.96 |
| XXXXXX7794 | XXXXXXXXX | 1229.96 |

**Important Notes**

Happy Holidays from VSM!

Basis of pay: Hourly

Your federal taxable wages this period are $3,000.00
* Excluded from Federal taxable wages

Victor Shaw Mccue
6451 N Federal Hwy
Ste 1205
Fort Lauderdale, FL 33308

Pay Date: 12/23/2025

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX5065 | XXXXXXXXX | 1229.96 |
| Checking DirectDeposit | XXXXXX7794 | XXXXXXXXX | 1229.96 |

Merica Green
3119 Oakland Shores Drive
APT 204
Oakland, FL 33309

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| LW / HJ5 29843171 | 01/ | 13464654 | 1 of 1 |

Victor Shaw Mccue
6451 N Federal Hwy
Ste 1205
Fort Lauderdale, FL 33308

# Earnings Statement

ADP

Period Starting:  11/11/2025
Period Ending:   11/24/2025
Pay Date:        12/01/2025

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:    0
  Local:    0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:  0.00 Addnl
  State:
  Local:

Merica Green
3119 Oakland Shores Drive
APT 204
Oakland, FL 33309

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 35.8100 | 81.93 | 2933.91 | 39320.46 |
| PTO | | | 0.00 | 519.25 |
| Holiday | | | 0.00 | 778.86 |
| Gross Pay | | | $2,933.91 | $40,618.57 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -273.35 | 4228.13 |
| Social Security | -175.51 | 2471.70 |
| Medicare | -41.05 | 578.06 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *AFLAC pre-tax | -76.47 | 458.82 |
| *Dental pre-tax | -23.09 | 253.99 |
| *Vision pre-tax | -3.61 | 39.71 |

Net Pay    $2,340.83

| Other Benefits and Information | this period | year to date |
|---|---|---|
| PTO | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 36.29 |
| - Taken Hours | 0.00 | 14.50 |
| - Balance | | 21.79 |
| Total Hours Worked | 81.93 | 1098.03 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5065 | XXXXXXXXX | 1170.42 |
| XXXXX7794 | XXXXXXXXX | 1170.41 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $2,830.74
* Excluded from Federal taxable wages

---

Victor Shaw Mccue
6451 N Federal Hwy
Ste 1205
Fort Lauderdale, FL 33308

Pay Date:    12/01/2025

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX5065 | XXXXXXXXX | 1170.42 |
| Checking DirectDeposit | XXXXXX7794 | XXXXXXXXX | 1170.41 |

Merica Green
3119 Oakland Shores Drive
APT 204
Oakland, FL 33309

| Company Code | Loc/Dept | Number Page |
|---|---|---|
| LW / HJ5 29843171 | 01/ | 13502848 1 of 1 |

Victor Shaw Mccue
6451 N Federal Hwy
Ste 1205
Fort Lauderdale, FL 33308

# Earnings Statement

**ADP**

Period Starting:   11/25/2025
Period Ending:    12/10/2025
Pay Date:         12/15/2025

Taxable Filing Status: Single
Exemptions/Allowances:
   Federal:   Std W/H Table
   State:     0
   Local:     0
Social Security Number: XXX-XX-XXXX

Tax Override:
   Federal:   0.00 Addnl
   State:
   Local:

Merica Green
3119 Oakland Shores Drive
APT 204
Oakland, FL 33309

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 35.8100 | 81.75 | 2927.47 | 42247.93 |
| PTO |  |  | 0.00 | 519.25 |
| Holiday | 35.8100 | 14.50 | 519.25 | 1298.11 |
| **Gross Pay** |  |  | **$3,446.72** | **$44,065.29** |

| Statutory Deductions |  | this period | year to date |
|---|---|---|---|
| Federal Income |  | -386.16 | 4614.29 |
| Social Security |  | -207.30 | 2679.00 |
| Medicare |  | -48.48 | 626.54 |

| Voluntary Deductions |  | this period | year to date |
|---|---|---|---|
| *AFLAC pre-tax |  | -76.47 | 535.29 |
| *Dental pre-tax |  | -23.09 | 277.08 |
| *Vision pre-tax |  | -3.61 | 43.32 |

| **Net Pay** |  | **$2,701.61** |  |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| PTO |  |  |
|  - Carry Over |  | 0.00 |
|  - Accrued Hours | 0.00 | 36.29 |
|  - Taken Hours | 0.00 | 14.50 |
|  - Balance |  | 21.79 |
| Total Hours Worked | 81.75 | 1179.78 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5065 | XXXXXXXXX | 1350.81 |
| XXXXXX7794 | XXXXXXXXX | 1350.80 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $3,343.55
* Excluded from Federal taxable wages

---

Victor Shaw Mccue
6451 N Federal Hwy
Ste 1205
Fort Lauderdale, FL 33308

Pay Date:   12/15/2025

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX5065 | XXXXXXXXX | 1350.81 |
| Checking DirectDeposit | XXXXXX7794 | XXXXXXXXX | 1350.80 |

Merica Green
3119 Oakland Shores Drive
APT 204
Oakland, FL 33309

| Company Code | Loc/Dept | Number Page |
|---|---|---|
| LW / HJ5 29843171 | 01/ | 1357768 01 of 1 |

Victor Shaw Mccue
6451 N Federal Hwy
Ste 1205
Fort Lauderdale, FL 33308

## Earnings Statement

ADP

Period Starting: 12/25/2025
Period Ending: 01/10/2026
Pay Date: 01/15/2026

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:    Std W/H Table
  State:     0
  Local:     0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:    0.00 Addnl
  State:
  Local:

Merica Green
3119 Oakland Shores Drive
APT 204
Oakland, FL 33309

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 35.8100 | 43.63 | 1562.39 | 1562.39 |
| PTO | 35.8100 | 21.75 | 778.87 | 778.87 |
| Holiday | 35.8100 | 29.00 | 1038.49 | 1038.49 |
| Gross Pay | | | $3,379.75 | $3,379.75 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -352.93 | 352.93 |
| Social Security | -203.15 | 203.15 |
| Medicare | -47.51 | 47.51 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *AFLAC pre-tax | -76.47 | 76.47 |
| *Dental pre-tax | -23.09 | 23.09 |
| *Vision pre-tax | -3.61 | 3.61 |

| Net Pay | | $2,672.99 |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| PTO | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 108.75 |
| - Taken Hours | 21.75 | 21.75 |
| - Balance | | 87.00 |
| Total Hours Worked | 43.63 | 43.63 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5065 | XXXXXXXXX | 1336.50 |
| XXXXXX7794 | XXXXXXXXX | 1336.49 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $3,276.58
* Excluded from Federal taxable wages

Victor Shaw Mccue
6451 N Federal Hwy
Ste 1205
Fort Lauderdale, FL 33308

Pay Date:    01/15/2026

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX5065 | XXXXXXXXX | 1336.50 |
| Checking DirectDeposit | XXXXXX7794 | XXXXXXXXX | 1336.49 |

Merica Green
3119 Oakland Shores Drive
APT 204
Oakland, FL 33309

| Company Code | Loc/Dept | Number Page |
|---|---|---|
| LW / HJ5 29843171 | 01/ | 135425591 of 1 |

Victor Shaw Mccue  
6451 N Federal Hwy  
Ste 1205  
Fort Lauderdale, FL 33308

## Earnings Statement



Period Starting: 12/11/2025  
Period Ending: 12/24/2025  
Pay Date: 12/31/2025

Taxable Filing Status: Single  
Exemptions/Allowances:  
  Federal: Std W/H Table  
  State: 0  
  Local: 0  
Social Security Number: XXX-XX-XXXX

Tax Override:  
  Federal: 0.00 Addnl  
  State:  
  Local:

Merica Green  
3119 Oakland Shores Drive  
APT 204  
Oakland, FL 33309

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 35.8100 | 84.58 | 3028.81 | 45276.74 |
| PTO | | | 0.00 | 519.25 |
| Holiday | | | 0.00 | 1298.11 |
| Bonus | | | 0.00 | 3000.00 |
| **Gross Pay** | | | **$3,028.81** | **$50,094.10** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -294.22 | 5219.09 |
| Social Security | -181.38 | 3046.38 |
| Medicare | -42.42 | 712.46 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *AFLAC pre-tax | -76.47 | 611.76 |
| *Dental pre-tax | -23.09 | 300.17 |
| *Vision pre-tax | -3.61 | 46.93 |

| **Net Pay** | | **$2,407.62** |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| PTO | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 36.29 |
| - Taken Hours | 0.00 | 14.50 |
| - Balance | | 21.79 |
| Total Hours Worked | 84.58 | 1264.36 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX5065 | XXXXXXXXX | 1203.81 |
| XXXXXX7794 | XXXXXXXXX | 1203.81 |

**Important Notes**  
Basis of pay: Hourly

Your federal taxable wages this period are $2,925.64  
* Excluded from Federal taxable wages

---

Victor Shaw Mccue  
6451 N Federal Hwy  
Ste 1205  
Fort Lauderdale, FL 33308

Pay Date: 12/31/2025

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX5065 | XXXXXXXXX | 1203.81 |
| Checking DirectDeposit | XXXXXX7794 | XXXXXXXXX | 1203.81 |

Merica Green  
3119 Oakland Shores Drive  
APT 204  
Oakland, FL 33309