**CGFD28** (10/01/16)



**ORDERED in the Southern District of Florida on May 6, 2026**

**Scott M Grossman**
Chief United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 26–10666–SMG**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Merica Rene Green
3119 Oakland Shores Drive
Unit 204
Oakland Park, FL 33309

SSN: xxx–xx–2033

## FINAL DECREE

The trustee, Marc P Barmat, having filed a final report that the estate has been fully administered, is discharged and the case is closed.